UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN L. WILLIAMS-EL,

Plaintiff,

v.

NEVADA BOARD OF PAROLE COMMISSIONERS et al.,

Defendants.

Case No. 3:17-cv-00356-RCJ-VPC

ORDER

## I. DISCUSSION

Plaintiff, a *pro se* prisoner, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1). The Court has not yet screened the complaint.

Plaintiff now files a motion for voluntary dismissal. (ECF No. 3). Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 3) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 20th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE